UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20-MAG-12006    ( )( )

Sean Debnam

Defendant(s).
-----------------------------------------------------------------X

Defendant ___Sean Debnam_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


*Sean Debnam*          *Marisa K. Cabrera*
_____  _____
Defendant's Signature        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Sean Debnam_____  _Marisa K. Cabrera_____
Print Defendant's Name        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 11/10/2020
_____      _____
Date               U.S. District Judge/U.S. Magistrate Judge